UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK M. PECK, | ) |
| Plaintiff, | ) 2:12-cv-898-JCM-RJJ |
| vs. | ) |
| NEVADA DEPT OF CORRECTIONS, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter is before the Court on Plaintiff's Emergency Motion For Court Order (#10).

The Court having reviewed the Emergency Motion (#10); the Response (#11); and, the Reply (#12) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion For Court Order (#10) is **DENIED WITHOUT PREJUDICE**.

DATED this 26th day of September, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge