CATHERINE CORTEZ MASTO
Attorney General
DENISE S. MCKAY
Senior Deputy Attorney General
Nevada State Bar No. 10507
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Ph: (702) 486-3420
Fax: (702) 486-3773
Email: dmckay@ag.nv.gov

*Attorneys for Defendants, James G. Cox,
E.K. McDaniel, Brian Connett, Renee Baker,
Cheryl Burson, William Humphrey, and
Tasheena Sandoval*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. PECK,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, JAMES G. COX DIR, *et al.*, and CENTURY LINK COMM CORP, *et al.*<br><br>Defendants. | CASE NO. 2:12-cv-00898-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, by and between the parties, Plaintiff FRANK M. PECK, Plaintiff Pro Se, and Defendants JAMES G. COX, E.K. McDANIEL, BRIAN CONNETT, RENEE BAKER, CHERYL BURSON, WILLIAM HUMPHREY and TASHEENA SANDOVAL, by and through legal counsel, CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, and DENISE S. MCKAY, Senior Deputy Attorney General, that the

/ / /

/ / /

above-entitled matter be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

| DATED this 30 day of April, 2014. | DATED this 29th day of April, 2014. |
|---|---|
| | CATHERINE CORTEZ MASTO<br>Nevada Attorney General |
| By: *(signature)*<br>FRANK M. PECK, #57106<br>High Desert State Prison<br>P.O. Box 650<br>Indian Springs, NV  89070<br>*Plaintiff Pro Se* | By: *(signature)*<br>DENISE S. MCKAY<br>Nevada State Bar No. 10507<br>Senior Deputy Attorney General<br>Public Safety Division<br>*Attorney for Defendant* |

### ORDER

**IT IS HEREBY ORDERED** that the above entitled action Case No. 2:12-cv-00898-JCM-NJK, be and is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED May 22, 2014.

-2-